## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

| | |
|---|---|
| LAUREN FANCHER, *et al*., | CASE NO.:  4:20-cv-00123-SA-JMV |
| Plaintiffs, | |
| v. | CHIEF JUDGE SHARION AYCOCK |
| USAA CASUALTY INSURANCE COMPANY, *et. al*, | MAGISTRATE JUDGE JANE M. VIRDEN |
| Defendants. | |

## ORDER

This matter is before the court on the opposed Motion to Stay Proceedings [68] filed by Defendant United Services Automobile Association.  The matter has been fully briefed, and based thereon, the court finds, as discussed below, that a stay of discovery in this case is warranted pending the earlier of a decision of the pending Motion to Compel Appraisal [26] or September 30, 2021.[1]

The history of this case has been set out previously in repeated filings. Accordingly, it is not reiterated herein, except to note that this is a putative class action pursuant to FED. R. CIV. P. 23, and as such, discovery as to appropriateness of certification of a class – not discovery on the merits – is the primary concern of the court at this juncture. *Amgen Inc. v. Connecticut Retirement Plans and Trust Funds*, 568 U.S. 455, 465-66 (2013); *see generally* 3 NEWBERG ON CLASS ACTIONS § 7:14 (5th ed.).

Indeed, the Case Management Order entered in this case [58] reflects that except where unavoidable, only discovery related to the appropriateness of a certified class is permitted and

---

[1] The court will revisit the issue of discovery at that time.

merits discovery will not ensue until a ruling has been made on whether a class will be certified. Additionally, given that whether the named Plaintiff will be compelled to appraisal in this case, and if so, that the outcome thereof could have a material effect on Plaintiff's satisfaction of the prerequisites for class certification, it is the undersigned's view that proceeding with discovery about class certification at this juncture is potentially unnecessarily wasteful.

**SO ORDERED**, this the 1st day of April, 2021.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**

.