## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

BRONSON D. THOMPSON, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION,

    Defendant.

CASE NO.: 4:20-cv-123-SA-JMV

### ORDER OF AGREED DISMISSAL WITH PREJUDICE

Upon the request and stipulation of Plaintiff Bronson Thompson and Defendant United Services Automobile Association,

IT IS HEREBY ORDERED, that this action is DISMISSED WITH PREJUDICE and that each party shall bear its own costs and fees.

THIS, the 29th day of August, 2022.

_____
**SHARION AYCOCK**
**UNITED STATES DISTRICT JUDGE**